## UNITED STATES v. BENZIGER BROTHERS

**No. 5512.**—Invoices dated Saumur, France, March 23, 1939, and Paris, France, May 1, 1940.
Certified May 18, 1939, and May 3, 1940.
Entered at New York, May 18, 1939, and June 6, 1940.
Entry Nos. 828098 and 820083.

(Decided November 26, 1941)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.

*Puckhafer, Rode and Rode*, for the defendants.

TILSON, Judge: Counsel for the respective parties have submitted the two appeals listed above without the introduction of any evidence in support of any of the claims made therein. An examination of the official papers before me discloses no reason for disturbing the value found by the appraiser, which is hereby affirmed. Judgment will be rendered accordingly.